IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE: § CASE NUMBER: 13-70578 | |
| ROSALVA RICO SOLORIO AKA § | |
| ROSALVA RICO § | |
| § | |
| DEBTOR § | |
| § | |
| § CHAPTER 13 | |

TRANSFER OF CLAIM OTHER THAN FOR SECURITY
AND NOTICE THEREOF
(Proof of Claim No. 3)

**AN OBJECTION TO THIS NOTICE MUST BE FILED WITHIN TWENTY-ONE (21) DAYS OF MAILING OF THIS NOTICE. IF A TIMELY OBJECTION IS NOT FILED WITHIN THIS TIME, THE TRANSFEREE NAMED HEREIN SHALL BE SUBSTITUTED FOR THE TRANSFEROR.**

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced below in this evidence and notice.

**Name of Transferee**
Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT

**Name of Transferor**
Wells Fargo Bank, N.A.

**Name and address where notices to transferee should be sent:**
Selene Finance, LP
9990 Richmond Avenue
Suite 400S
Houston, Texas 77042
Phone: 1-877-735-3637
Last Four Digits of Acct. #: 8326

Court Claim No.: 3
Amount of Claim: $248,543.42
Date Claim Filed: December 2, 2013
Last Four Digits of Acct. No.: 0169

**Name and address where transferee payments should be sent:**
Selene Finance, LP
9990 Richmond Avenue
Suite 400S
Houston, Texas 77042
Last Four Digits of Acct. #: 8326
Phone: 1-877-735-3637

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: 8/28/2015

RESPECTFULLY SUBMITTED BY:

Christina L. Garcia / TBN 24055522
Email chgarcia@logs.com
SHAPIRO SCHWARTZ, LLP
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone: (713)462-2565
Facsimile: (847)879-4856
Attorneys for Selene Finance, LP
File Number 15-021925

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Transfer of Claim was served on all persons filing a Notice of Appearance, Request for Notices, or a Proof of Claim by CM/ECF delivery, and on the parties listed below, at the addresses indicated, via CM/ECF delivery or by deposit in the United States Mail, first-class postage pre-paid on August 28, 2015.

DEBTOR(S):
ROSALVA RICO SOLORIO
3109 SOUTH 6TH LANE
MCALLEN, TX 78503

DEBTOR'S ATTORNEY:
MARCOS DEMETRIO OLIVA
MARCOS D. OLIVA, PC
223 WEST NOLANA
MCALLEN, TX 78504

TRANSFEROR:
WELLS FARGO HOME MORTGAGE
ATTN: BK DEPT-MAC #D3347-014
3476 STATEVIEW BLVD.
FORT MILL, SC 29715

BK TRUSTEE:
CINDY BOUDLOCHE
555 N CARANCAHUA
STE 600
CORPUS CHRISTI, TX 78478

Christina L. Garcia